FILED
U.S. Bankruptcy Court
Western District of NC

MAR 1 0 2025

Christine F. Winchester, Clerk
Charlotte Division

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA**

In re: Michael J. Scott

Debtor(s)

CASE NO. (if known): 25-40054
CHAPTER:

**DECLARATION REGARDING ELECTRONIC FILING**

(If two married people are filing together, both are equally responsible for supplying correct information.)

I/We have completed the following documents using the court's Electronic Self-Representation system (eSR):

- __X__ Voluntary Petition
- __X__ Summary of Assets and Liabilities
- __X__ Schedule A/B
- __X__ Schedule C
- __X__ Schedule D
- __X__ Schedule E/F
- __X__ Schedule G
- __X__ Schedule H
- __X__ Schedule I
- __X__ Schedule J
- __X__ Declaration About an Individual Debtor's Schedules
- __X__ Statement of Financial Affairs
- __X__ Statement of Income
- __X__ Statement of Intention (Ch. 7 only)
- __X__ Matrix/List of Creditors and Other Interested Parties
- __X__ Official Form 101A, Initial Statement About an Eviction

1. I/We have read and understand the above-referenced document(s) filed electronically as part of the petition package. The information provided is true and correct to the best of my/our knowledge and belief.

2. I/We have authorized the electronic filing of my/our voluntary petition with the United States Bankruptcy Court for the Western District of North Carolina.

3. I/We understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

4. I/We understand that a bankruptcy petition is NOT considered filed (and does not receive a case number) until this signed Declaration is received and filed with the court.

5. I/We understand that failure to pay the filing fee (or to file an Application for Individuals to Pay the Filing Fee in Installments or an Application to Have the Chapter 7 Filing Fee Waived with original signature(s)); to file a Statement of Social Security Number with original signature(s); and to file a copy of my/our government-issued photo identification and the documents listed above may result in my/our case being dismissed.

| 03/10/2025 | Michael Justin Scott | *[signature]* |
|---|---|---|
| Date | Debtor's Printed Name | Debtor's Signature |

| | | |
|---|---|---|
| Date | Joint Debtor's Printed Name | Joint Debtor's Signature |

*October 2022*                                    **Declaration Regarding Electronic Filing**