

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 25−40054
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Michael Justin Scott
3008 Spinner Ct
Denver, NC 28037
Social Security No.: xxx−xx−3733

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

    Form 121 (Statement of SSN)
    Chapter 7 Statement of Income and Means Test
    Certification of Credit Counseling
    Copy of government issued photo identification

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: March 10, 2025

Christine F. Winchester
Clerk of Court

Electronically filed and signed (3/10/25)