

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 25−40054
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Michael Justin Scott
   3008 Spinner Ct
   Denver, NC 28037
   Social Security No.: xxx−xx−3733

# NOTICE OF DEFECTIVE DOCUMENT

**NOTICE IS HEREBY GIVEN** that the Application for Waiver of the Chapter 7 Filing Fee (Official Form B 103B) filed in the above−referenced case is defective due to the document being incomplete. All questions need to be answered in order for a proper determination regarding allowance of waiver of fee. If the question does not apply write in **not applicable** or **n/a**. If the amount is zero or none use: **zero, −0−, none**.

**NOTICE IS FURTHER GIVEN** that an Amended Application for Waiver of the Chapter 7 Filing Fee is to be filed within **ten** (10) days of this notice. Your failure to timely comply with this requirement may result in the application being **denied** and **an order being entered directing the payment of the filing fee in installments**.

Dated: March 11, 2025                                                     Christine F. Winchester
                                                                          Clerk of Court

Electronically filed and signed (3/11/25)