United States Bankruptcy Court

Western District of North Carolina

In re: Case No. 25-40054-aae

Michael Justin Scott  
    Debtor

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0419-4      User: AutoDkt      Page 1 of 1  
Date Rcvd: Mar 11, 2025      Form ID: 277      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Justin Scott, 3008 Spinner Ct, Denver, NC 28037-7875 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jimmy R. Summerlin, Jr | trustee@hickorylaw.com debbieb@hickorylaw.com;NC63@ecfcbis.com |

TOTAL: 1



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 25−40054
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Michael Justin Scott
   3008 Spinner Ct
   Denver, NC 28037
   Social Security No.: xxx−xx−3733

# NOTICE OF DEFECTIVE DOCUMENT

**NOTICE IS HEREBY GIVEN** that the Application for Waiver of the Chapter 7 Filing Fee (Official Form B 103B) filed in the above−referenced case is defective due to the document being incomplete. All questions need to be answered in order for a proper determination regarding allowance of waiver of fee. If the question does not apply write in **not applicable** or **n/a**. If the amount is zero or none use: **zero, −0−, none**.

**NOTICE IS FURTHER GIVEN** that an Amended Application for Waiver of the Chapter 7 Filing Fee is to be filed within **ten** (10) days of this notice. Your failure to timely comply with this requirement may result in the application being **denied** and **an order being entered directing the payment of the filing fee in installments**.

Dated: March 11, 2025                                         Christine F. Winchester
                                                              Clerk of Court

Electronically filed and signed (3/11/25)