

Certificate Number: 20253181019

**FILED**
U.S. Bankruptcy Court
Western District of NC
MAR 19 2025
Christine F. Winchester, Clerk
Charlotte Division

## CERTIFICATE OF CREDIT COUNSELING

I certify that on 03/18/2025, at 10:56am Pacific Time, Michael Scott received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of North Carolina, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: March 18, 2025

By:    /s/Laura M Ahart
Name:  Laura M Ahart
Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).