

FILED & JUDGMENT ENTERED
Christine F. Winchester

March 20 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Ashley Austin Edwards
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE: Michael Justin Scott         )
                                     )
                                     )
                                     )   Case No: 25-40054
                                     )
                                     )   Chapter 7
          Debtor(s).                 )
                                     )

## ORDER GRANTING APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE

Upon consideration of the debtor(s)' Application for Waiver of the Chapter 7 Filing Fee, the court orders that the application be GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**