United States Bankruptcy Court

Western District of North Carolina

In re: Case No. 25-40054-aae

Michael Justin Scott  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0419-4     User: AutoDkt     Page 1 of 2

Date Rcvd: Mar 20, 2025     Form ID: pdf     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Justin Scott, 3008 Spinner Ct, Denver, NC 28037-7875 |
| 6612049 | | LVNV FUNDING LLC, GREENVILLE, SC 29602 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6612042 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 20 2025 18:19:00 | CREDIT COLLECTION SERVICES, PO BOX 607, NORWOOD, MA 02062-0607 |
| 6612041 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 18:20:25 | Capital One, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 6612044 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 20 2025 18:19:00 | DEPTEDNELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 6612045 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Mar 20 2025 18:19:00 | FIRSTPOINT COLL RESO, 225 COMMERCE PLACE, GREENSBORO, NC 27401-2426 |
| 6612046 | + | Email/Text: ANGIES@GENESISCRED.COM | Mar 20 2025 18:19:00 | GENESIS CREDIT MANAGEMENT LLC, PO BOX 3630, EVERETT, WA 98213-8630 |
| 6612048 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 20 2025 18:19:00 | I C SYSTEM, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 6612147 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 20 2025 18:19:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 6612051 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2025 18:20:24 | Merrick Bank, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 6612052 | | Email/Text: bankruptcy@nationalcreditsystems.com | Mar 20 2025 18:19:00 | NATIONAL CREDIT SYSTEMS, 3750 NATURALLY FRESH BLVD, Atlanta, GA 30349 |
| 6612148 | | Email/Text: bankruptcynotices@ncdor.gov | Mar 20 2025 18:19:00 | North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 6612053 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 20 2025 18:19:00 | TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR SUITE 514, FT. WASHINGTON, PA 19034-2733 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0419-4 | User: AutoDkt | Page 2 of 2 |
| Date Rcvd: Mar 20, 2025 | Form ID: pdf | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jimmy R. Summerlin, Jr | trustee@hickorylaw.com  debbieb@hickorylaw.com;NC63@ecfcbis.com |

TOTAL: 1

**FILED & JUDGMENT ENTERED**
Christine F. Winchester

March 20 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Ashley Austin Edwards
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE: Michael Justin Scott )
)
)
) Case No: 25-40054
)
) Chapter 7
Debtor(s). )
)

## ORDER GRANTING APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE

Upon consideration of the debtor(s)' Application for Waiver of the Chapter 7 Filing Fee, the court orders that the application be GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**