

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 25−40054
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Michael Justin Scott
   3008 Spinner Ct
   Denver, NC 28037
   Social Security No.: xxx−xx−3733

# NOTICE OF HEARING ON MOTION/APPLICATION OF U.S. BANKRUPTCY ADMINISTRATOR

TO ALL PARTIES IN INTEREST:

NOTICE is hereby given that on March 21, 2025 the Bankruptcy Administrator filed a(n) Motion to Dismiss in this Court.

TAKE FURTHER NOTICE that a hearing will be held on this matter on the date, time and at the location set forth below. Any response, including objection, to the relief requested in the motion or application referred to herein, should be filed with the Clerk, United States Bankruptcy Court for the Western District of North Carolina. A copy should be served on the United States Bankruptcy Administrator for the Western District of North Carolina and upon other parties as required by law or Court order. Any response shall clearly identify the specific motion or application to which the response is directed and shall comply with Local Bankruptcy Rule 9013(1).

**DATE/TIME/LOCATION OF HEARING:**
April 25, 2025
10:30 AM
Cleveland County Courthouse
100 Justice Place
3rd Floor
Courtroom 5
Shelby, NC 28150

**ADDRESS OF BANKRUPTCY ADMINISTRATOR:**
Office of U.S. Bankruptcy Administrator
401 West Trade Street, Suite 2400
Charlotte, NC 28202
(704)350−7587

Dated: March 24, 2025

Christine F. Winchester
Clerk of Court

Electronically filed and signed (3/24/25)