United States Bankruptcy Court

Western District of North Carolina

In re:  
Michael Justin Scott  
    Debtor

Case No. 25-40054-aae  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0419-4     User: AutoDkt     Page 1 of 2  
Date Rcvd: Mar 24, 2025     Form ID: 153     Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Justin Scott, 3008 Spinner Ct, Denver, NC 28037-7875 |
| 6612050 | | LVNV FUNDING LLC, GREENVILLE, SC 29602 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 24 2025 18:26:00 | Internal Revenue Service, Special Procedures Section, 320 Federal Place, Room 335, Greensboro, NC 27401 |
| smg | | Email/Text: atlreorg@sec.gov | Mar 24 2025 18:26:00 | Securities and Exchange Commission, Atlanta Regional Office, 3475 Lenox Road, N.E., Suite 1000, Atlanta, GA 30326-1232 |
| 6612042 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 24 2025 18:26:00 | CREDIT COLLECTION SERVICES, PO BOX 607, NORWOOD, MA 02062-0607 |
| 6612041 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2025 18:41:15 | Capital One, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 6612044 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 24 2025 18:26:00 | DEPTEDNELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 6612045 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Mar 24 2025 18:26:00 | FIRSTPOINT COLL RESO, 225 COMMERCE PLACE, GREENSBORO, NC 27401-2426 |
| 6612046 | + | Email/Text: ANGIES@GENESISCRED.COM | Mar 24 2025 18:26:00 | GENESIS CREDIT MANAGEMENT LLC, PO BOX 3630, EVERETT, WA 98213-8630 |
| 6612048 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 24 2025 18:26:00 | I C SYSTEM, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 6612051 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 24 2025 18:41:14 | Merrick Bank, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 6612052 | | Email/Text: bankruptcy@nationalcreditsystems.com | Mar 24 2025 18:26:00 | NATIONAL CREDIT SYSTEMS, 3750 NATURALLY FRESH BLVD, Atlanta, GA 30349 |
| 6612148 | | Email/Text: bankruptcynotices@ncdor.gov | Mar 24 2025 18:26:00 | North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 6612053 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 24 2025 18:26:00 | TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR SUITE 514, FT. WASHINGTON, PA 19034-2733 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 25-40054   Doc 19   Filed 03/26/25   Entered 03/27/25 00:34:49   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0419-4 | User: AutoDkt | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2025 | Form ID: 153 | Total Noticed: 14 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6612056 | | ALEJANDRA DE LA GARZA DE LOS SANTOS, CA |
| 6612147 | *+ | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jimmy R. Summerlin, Jr | trustee@hickorylaw.com debbieb@hickorylaw.com;NC63@ecfcbis.com |

TOTAL: 1



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 25−40054
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Michael Justin Scott
   3008 Spinner Ct
   Denver, NC 28037
   Social Security No.: xxx−xx−3733

# NOTICE OF HEARING ON MOTION/APPLICATION
# OF U.S. BANKRUPTCY ADMINISTRATOR

TO ALL PARTIES IN INTEREST:

NOTICE is hereby given that on March 21, 2025 the Bankruptcy Administrator filed a(n) Motion to Dismiss in this Court.

TAKE FURTHER NOTICE that a hearing will be held on this matter on the date, time and at the location set forth below. Any response, including objection, to the relief requested in the motion or application referred to herein, should be filed with the Clerk, United States Bankruptcy Court for the Western District of North Carolina. A copy should be served on the United States Bankruptcy Administrator for the Western District of North Carolina and upon other parties as required by law or Court order. Any response shall clearly identify the specific motion or application to which the response is directed and shall comply with Local Bankruptcy Rule 9013(1).

**DATE/TIME/LOCATION OF HEARING:**
April 25, 2025
10:30 AM
Cleveland County Courthouse
100 Justice Place
3rd Floor
Courtroom 5
Shelby, NC 28150

**ADDRESS OF BANKRUPTCY ADMINISTRATOR:**
Office of U.S. Bankruptcy Administrator
401 West Trade Street, Suite 2400
Charlotte, NC 28202
(704)350−7587

Dated: March 24, 2025

Christine F. Winchester
Clerk of Court

Electronically filed and signed (3/24/25)