

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  05/08/2025,  Michael Scott _____

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Western District of North Carolina  .

Case number:  25-40054

Certificate number:  NCW25-400544155544

                                             Signed: /s/ Allison Geving, Ph.D.

                                             Title: President, Sage Personal Finance