FILED & JUDGMENT ENTERED
Christine F. Winchester

May 13 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Ashley Austin Edwards
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.:   25-40054 |
| MICHAEL JUSTIN SCOTT, ) | |
| ) | Chapter 7 |
| Debtor. ) | |

### ORDER ON MOTION TO DISMISS

This matter came before the Court on the Motion to Dismiss filed by the Bankruptcy Administrator on March 21, 2025 [ECF No. 15] (the "Motion to Dismiss") and the Response filed by the Debtor on April 22, 2025 [ECF No. 20] (the "Response"). On April 25, 2025, the Court held a hearing on the Motion to Dismiss and the Response, at which Heather W. Culp appeared as the Bankruptcy Administrator's staff attorney (the "Hearing"). For the reasons stated on the record during the hearing, the Motion to Dismiss pursuant to 11 U.S.C. §109(h) was WITHDRAWN.

IT IS SO ORDERED.

*This Order has been signed electronically.*  *United States Bankruptcy Court*
*The judge's signature and court's seal*
*appear at the top of the Order.*