UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No.:   25-40054 |
| MICHAEL JUSTIN SCOTT, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the ORDER ON MOTION TO DISMISS was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service, by electronic mail and/or by means of the Electronic Filing System of the Bankruptcy Court on May 13, 2025.

Michael Justin Scott
3008 Spinner Ct
Denver, NC 28037
And via email:
jscott3201@gmail.com

Jimmy R. Summerlin, Jr, Chapter 7
Trustee (via ECF)

/s/ *Heather W. Culp*
Heather W. Culp
Staff Attorney for the Office of U.S.
   Bankruptcy Administrator
N.C. Bar No. 30386
401 W. Trade Street, Suite 2400
Charlotte, NC 28202
Telephone: 704-350-7587
Fax: 704-344-6666
Email: heather_culp@ncwba.uscourts.gov