FILED & JUDGMENT ENTERED
Christine F. Winchester

May 22 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Ashley Austin Edwards
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHAEL JUSTIN SCOTT, ) | CASE NO. 25-40054 |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

### ORDER GRANTING MOTION FOR
### RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE comes on before the Court upon the Motion For Relief From the Automatic Stay (the "Motion") and the Notice of Opportunity for Hearing (the "Notice") filed herein on May 1, 2025 on behalf of Capital One Auto Finance, a division of Capital One, N.A. ("COAF") relative to the 2021 BMW M240i Coupe, VIN WBA2J5C00M7G59790 (the "Vehicle"). Pursuant to such Notice, any objections to the Motion were due no later than May 15, 2025. After having reviewed the record, the Motion and Notice, and noting that no response to the Motion was filed, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE HEREBY ORDERED as follows:

1. That the automatic stay of 11 U.S.C. §362 is lifted and modified to permit COAF to foreclose its security interest in the Vehicle pursuant to applicable law.

2. That the 14-day stay provided for in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived and the lifting of the automatic stay pursuant to the terms of this Order shall be effective immediately upon entry.

      3.      The Debtor is ordered to release the Vehicle to COAF or advise it of the location of the Vehicle and the name, address, and telephone number of any third party in possession of the Vehicle.

      4.      That time is of the essence as to each and all of the provisions of this Order.

      5.      That this Court retains jurisdiction over this matter, the parties hereto, and the subject matter hereof, to the extent permitted under applicable law, for the entry of such other and further orders as are either necessary or appropriate to accomplish the foregoing.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |