**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 25-40054** |
| **MICHAEL JUSTIN SCOTT,** ) | **CHAPTER 7** |
| ) | |
| **DEBTOR.** ) | |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this day, she served a copy of the Order entered on May 22, 2025 (DE 30), filed on behalf of Capital One Auto Finance, a division of Capital One, N.A. on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Michael Justin Scott
3008 Spinner Court
Denver, NC 28037

Jimmy R. Summerlin, Jr.
Young, Morphis, Bach & Taylor, LLP
PO Drawer 2428
Hickory, NC 28603

This the 23rd day of May, 2025.

KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A.

s/*Pamela P. Keenan*
Pamela P. Keenan
NC State Bar No. 20328
Attorneys for Capital One Auto Finance
PO Box 19766
Raleigh, NC  27619-9766
Telephone:  (919) 848-0420
Facsimile:  (919) 848-8755
Email:  pkeenan@kirschlaw.com