| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael Justin Scott <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3733 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 25–40054 | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Jimmy R. Summerlin Jr is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.
- Trustee's Final Report is Approved.

Dated: June 17, 2025
BY THE COURT


Ashley Austin Edwards

United States Bankruptcy Judge


Electronically filed and signed (6/17/25)